IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCTOS Y SERVICIOS DEL CENTRO S.A. DE C.V. and SUMMIT RAILROAD PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 15-02218 WHA<br><br>**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiffs Productos Y Servicios Del Centro S.A. de C.V. and Summit Railroad Products, Inc. move for a temporary restraining order against defendant Wells Fargo Bank, N.A., requesting the following immediate and ex parte relief:

    a) Enjoining Wells Fargo Bank, N.A. ("Wells Fargo") and each of its officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with any of the foregoing from allowing any funds in account no.: 8992764202 (the "Wells Account") to be withdrawn, transferred, assigned, pledged, or otherwise disposed of, dissipated, or encumbered;

    b) Requiring Wells Fargo, within four (4) business days, to disclose to the Plaintiffs the name, address, and telephone number of the person or persons in whose name(s) the Wells Account is held and, if different, the name, address, and telephone number of any person who has claimed any interest in the Wells Account;

    c) Requiring Wells Fargo, at least two (2) business days before the Plaintiffs' reply is due, to produce to the Plaintiffs copies of bank statements, cancelled checks (front and back), wire transfer receipts, deposit slips, and credit advices for the Wells Account for the period February 1, 2015, onwards;

      d) Requiring Wells Fargo, within seven (7) days of the date hereof, to meet and confer with the Plaintiffs concerning the extension of the temporary restraining order, after which the Plaintiffs may make an application to the Court for an order extending the temporary restraining order; and

      e) Dispensing with the bond requirement of Fed. R. Civ. P. 65(c).

Plaintiffs must serve their motion for a TRO, along with all exhibits and this order, on Wells Fargo by **FIVE P.M. TODAY**.  Wells Fargo shall file a response by **FIVE P.M. TOMORROW, MAY 20, 2015.**  A hearing on plaintiffs' motion for a TRO is hereby set for **ONE P.M. ON MAY 21, 2015**.

**IT IS SO ORDERED.**

Dated: May 19, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE