DAVID M. MANNION (State Bar No. 288627)
dmannion@blakeleyllp.com
BLAKELEY LLP
54 W. 40th Street
New York, New York 10018
Telephone: (917) 472-9587
Facsimile: (949) 260-0613
*Attorneys for Plaintiffs*

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
*Attorneys for Defendant*
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRODUCTOS Y SERVICIOS DEL CENTRO S.A. DE C.V. and SUMMIT RAILROAD PRODUCTS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | Case No.: C 15-02218 WHA<br><br>**STIPULATED INJUNCTION AND [~~PROPOSED~~] ORDER** |

**WHEREAS,** Plaintiffs have filed an *ex parte* Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion") [Docket No. 6];

**WHEREAS,** to preserve the *status quo* and in light of the equitable remedy of constructive trust sought by the Plaintiffs, the parties have agreed to stipulate as follows:

1. Wells Fargo Bank, N.A. and each of its officers, agents, servants, employees, and attorneys, and any other persons acting on its behalf, are enjoined and restrained from allowing any funds in account no.: 8992764202 to be withdrawn, transferred, assigned, pledged, or otherwise disposed of, dissipated, or encumbered, until further agreement of the parties or Order of the Court. This stipulation is without prejudice to any party's right to seek further relief from the Court, including relief from this Stipulation and Order.

2. Plaintiffs agree to defer the additional relief sought in their Motion, without prejudice to their right to seek that relief at a later date, and the parties agree to meet and confer on these topics.

3. Subject to Court approval, and based on Plaintiffs' representation that Plaintiffs have sufficient assets to pay for any damage that might occur as a result of the stipulated injunction, the parties submit that Plaintiffs need not post a bond at this time.

4. The Parties respectfully request that the hearing on Plaintiffs' motion for temporary restraining order, currently set for 1:00 p.m. on May 21, 2015, be taken off calendar.

**IT IS SO STIPULATED.**

DATED: May 19, 2015         Respectfully submitted,

                            BLAKELEY LLP

                            By: */s/ David M. Mannion*
                                David M. Mannion
                            Attorneys for Plaintiffs

DATED: May 19, 2015         Respectfully submitted,

                            SEVERSON & WERSON

                            By: */s/ Rebecca S. Saelao*
                                Rebecca S. Saelao
                            Attorneys for Defendant WELLS FARGO BANK, N.A

Pursuant to Local Civil Rule 5-1(i)(3) regarding signatures, I, David Mannion, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of May, 2015, at New York, New York.

*/s/ David M. Mannion*
David M. Mannion

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May  20 , 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE